Submitted May 14, affirmed May 15, 1963

# STATE OF OREGON v. MILLER
### 381 P. 2d 214

William F. Miller, Oregon City, in *propria persona.*

William E. Schumaker, District Attorney, and Donald B. Bowerman, Deputy District Attorney, Oregon City, for respondent.

Before McALLISTER, Chief Justice, and ROSSMAN, PERRY, SLOAN, O'CONNELL, GOODWIN and DENECKE, Justices.

PER CURIAM.

Defendant plead guilty to the charge of obtaining money by false pretenses. He was placed on probation. Shortly thereafter he violated the conditions of the probation. He was returned to the trial court and sentenced to five years in the penitentiary. He appeals from that judgment.

There is no merit whatsoever to this appeal and the judgment is affirmed.